*Paul A. Curtiss et al.* v. *Adolph J. Engle et al.* H. F. CLARK, for complainant ; J. COOK, for defendants. Appeal from order of vice chancellor of the first circuit, denying motion to open proofs, &c.

Order affirmed with costs, and proceedings remitted.

*Same* v. *The Same.* Appeal from a decision of the vice chancellor of the first circuit refusing to dissolve injunction.

Order affirmed with costs.

*Jacob Empie* v. *William J. Printup and others.* A. C. PAIGE, for complainant ; D. CADY, for defendants. Decree of vice chancellor dismissing complainant's bill, affirmed with costs.